UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Probir Kumar Bondyopadhyay, | § § § § § § § § § | |
| Plaintiff, | | |
| versus | | Civil Action H-12-1658 |
| William N. McCasland, et al., | | |
| Defendants. | | |

# Final Dismissal

1. Among Probir Kumar Bondyopadhyay's forty-four pages of repetitive stream-of-consciousness are complaints about bidding problems in 1999 and fraud in a case from 2003.[1] Bondyopadhyay seems to want to know what really happened.

2. Other lawsuits have been brought to which these claims relate. His claims should have been brought once.[2] Even if it were all true, limitations would have expired four years after his injury in 2003. He did not sue until 2012.

3. Bondyopadhyay's claims are precluded as untimely.

4. The subpoenas sent to Jennifer C. Ricklin and Richard C. Harding are quashed.

5. Bondyopadhyay's motion to order the judge advocate general of the Air Force to file an affidavit is denied. (9).

---

[1] *Bondyopadhyay v. U.S. Dep't of Defense*, case 4:03-cv-3107 (S.D. Tex. 2003); *Bondyopadhyay v. U.S. Dep't of Defense*, case 4:04-cv-1990 (S.D. Tex. 2004).

[2] *United Mine Workers of America v. Gibbs*, 383 U.S. 715 (1966).

6. Probir Kumar Bondyopadhyay's claims are dismissed as manifestly beyond the time allowed and precluded by his earlier cases.

Signed on June 20, 2012, at Houston, Texas.

Lynn N. Hughes
United States District Judge